FILED
07 OCT 30 PM 2:52
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAUSTINO ROBINSON,<br><br>Plaintiff,<br>v.<br><br>GARY HUBBARD, et al.,<br><br>Defendants. | CASE NO. 07-CV-1560 W (CAB)<br><br>ORDER DECLARING ROBINSON A VEXATIOUS LITIGANT AND IMPOSING PREFILING CONDITIONS |

On August 8, 2007, Plaintiff Faustino Robinson commenced this action against Gary Hubbard and Doug Harvey ("Defendants"), in their capacity as managers or staff of the Plaza Hotel. On September 25, 2007, the court outlined Robinson's history of frivolous, vexatious, and duplicitous litigation in the Southern District of California over the past year and a half, and ordered Robinson to show cause why he should not be declared a vexatious litigant. Robinson responded with a largely incomprehensible offer of cause and attached an order from the Social Security Administration awarding him disability benefits. Because these documents do not justify, or even explain, Robinson's litigious conduct, the court will declare Robinson a vexatious litigant and bar him from filing cases in the future.

I.  **Background**

An exhaustive review of Robinson's litigation history appears in the court's order to show cause. By way of review, Robinson has filed the following cases in the past year and a half:

- Robinson v. Brohos, No. 07-cv-875 ("Robinson I");
- Robinson v. Immigration Deportation, No. 06-cv-438 ("Robinson II");
- Robinson v. INS, No. 06-cv-338 ("Robinson III");
- Robinson v. Social Security, No. 06-cv-761 ("Robinson IV");
- Robinson v. Burns, No. 07-cv-1095 ("Robinson V");
- Robinson v. Burns, No. 07-cv-1380 ("Robinson VI");
- Robinson v. Harvey, No. 06-cv-1455 ("Robinson VII");
- Robinson v. Hubbard, No. 06-cv-2324 ("Robinson VIII").
- Robinson v. Hubbard, No. 07-cv-1560 ("Robinson IX").

As the court explained in its order to show cause, "Robinson's litigation history in this district demonstrates an abuse of the judicial process." (Order at 5.) The court found that "none of the nine suits Robinson has filed—all in the past two years—have any reasonable basis in law or fact." (Order at 6.) Further, the court found that "Robinson's lack of success in prior lawsuits has not deterred him from filing more." (Id.) Thus, the court permitted Robinson to show cause why he should not be declared a vexatious litigant.

II.  **Discussion**

Robinson offers two documents in support of his cause. One, a handwritten letter, asserts that "Gary Hubbard was sending those[] to the manager from Plaza Hotel he will still [open] them before I got the[m]. I will alway[s] tell him not to [open] them but he will not [listen], he will still [open] them." (Letter at 1.) Also, he attaches a letter from the Social Security Administration dated September 27, 2006, apparently in support of his view that Robinson I had merit.

1    The court rejects Robinson's first offer of proof as unsupported and irrelevant.
2    Robinson does not attach even a single piece of mail he believes should not have been
3    opened. Further—as the court has explained repeatedly in its orders—no private cause
4    of action exists under the federal mail statutes. Thus, even were the court inclined to
5    give Robinson the benefit of the doubt about his good-faith belief in the merits of his
6    case, he cannot justify the duplicitous filings in <u>Robinson VIII</u> and <u>Robinson IX</u>.
7    Moreover, the offer of proof does <u>not</u> excuse his more recent tactic of naming sitting
8    judges as defendants for "selling his case for money" simply because they dismiss his
9    groundless suits.

10   The court rejects Robinson's second offer of proof as well. Evidently, an
11   immigration judge named John Brohos or Brahos revoked Robinson's social-security
12   benefits based on his immigration status. Without evidence that Robinson followed the
13   proper channels for appeal, the court cannot excuse any of Robinson's numerous suits
14   against the judge, the INS, and the SSA. Again, Robinson's <u>duplicitous</u> filings require
15   the court to conclude that Robinson could have no objectively reasonable good-faith
16   belief in the merits of his second, third, and fourth suits regarding the same dispute.
17   //
18   //
19   //
20   //
21   //
22   //
23   //
24   //
25   //
26   //
27   //
28   //

III. Order

The court hereby **ORDERS** as follows:

Robinson is hereby **ENJOINED** from filing lawsuits against any of the following defendants without leave from the Hon. Irma E. Gonzalez, Chief Judge, United States District Court for the Southern District of California:

- the Immigration & Naturalization Service, John Brohos, and any immigration judge who has handled Robinson's case(s) as of today (if any);
- the Social Security Administration, or any Social Security official who has handled Robinson's case(s) as of today (if any);
- the Hon. Larry A. Burns, and any judge in this district who has handled any of Robinson's cases as of today;
- the Plaza Hotel, Gary Hubbard, Doug Harvey, Christine Helsell, and San Diego REACH.

**IT IS SO ORDERED.**

Dated: October 30, 2007

Hon. THOMAS J. WHELAN
United States District Court
Southern District of California